UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE #: | 8:25-cv-597-SDM-AEP | DATE: | April 28, 2025 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **ZACHARY TYLER COTTON**<br>          Plaintiff,<br><br>v.<br><br>**HIRERIGHT, LLC.**<br>          Defendant. | | **PLAINTIFF COUNSEL**<br>Devin Fok | |
| | | **DEFENSE COUNSEL**<br>Alexandra Jacobs | |
| **COURT REPORTER:**  Digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME: 10:00 to 10:05    TOTAL: 5** min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**   CASE MANAGEMENT (ZOOM)

**Review of Ideal program with court and counsel and consenting to MJ.**

**Counsel discusses sample deadlines noted in the Ideal order and the revised IDEAL program.**